UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

SUNIL WADHWA and LYNN LORI WADHWA,

    Plaintiffs,

vs.

AURORA LOAN SERVICES, LLC, a subsidiary of AURORA BANK, FSB; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and DOES 1-10, inclusive,

    Defendants.
_____/

CIV. NO. 2:10-03361 WBS DAD

SUNIL WADHWA and LYNN LORI WADHWA,

    Plaintiffs,

vs.

AURORA LOAN SERVICES, LLC, a subsidiary of AURORA BANK, FSB; GREENPOINT MORTGAGE FUNDING, INC.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; MARIN CONVEYANCING CORPORATION; CAPITAL ONE FINANCIAL CORPORATION; STRUCTURED ASSET SECURITIES CORPORATION; US BANK, N.A. AS TRUSTEE FOR GREENPOINT MORTGAGE FUNDING TRUST MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-ARI; QUALITY LOAN SERVICE CORPORATION; and DOES 1-10, inclusive,

    Defendants.
_____/

CIV. NO. 2:11-01525 FCD GGH

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 123(a) because the plaintiffs are the same in both cases, most of the defendants are the same in both cases, and both cases involve similar claims.  Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is also likely to be convenient for the parties.

The parties should be aware that relating the cases under Local Rule 123 merely has the result that both actions are assigned to the same judge; no consolidation of the actions is effected.  Under the regular practice of this court, related cases are generally assigned to the judge and magistrate to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated _Wadhwa, et al. v. Aurora Loan Services, LLC et al._, Civ. No. 2:10-03361 WBS DAD and _Wadhwa, et al., v. Aurora Loan Services, LLC, et al._, Civ. No. 2:11-01525 FCD GGH, be, and the same hereby are, deemed related and the case denominated _Wadhwa, et al., v. Aurora Loan Services, LLC, et al._, Civ. No. 2:11-01525 FCD GGH, shall be reassigned to the Honorable WILLIAM B. SHUBB and Magistrate Judge Dale A. Drozd for all further proceedings. Any dates currently set in the reassigned case only are hereby VACATED.  Henceforth, the caption on documents filed in the reassigned case shall be shown as _Wadhwa, et al., v. Aurora Loan Services, LLC, et al._, Civ. No. 2:11-01525 WBS DAD.

IT IS FURTHER ORDERED that the Clerk of the Court

1  make appropriated adjustment in the assignment of civil cases to
2  compensate for this reassignment.
3  DATED:  June 7, 2011

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE